# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas M Lanfor,<br><br>        Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>        Respondents. | No. CV-15-01832-PHX-ROS<br><br>**ORDER** |

On August 31, 2016, Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied. (Doc. 11). No objections were filed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the R&R, the district court's review of the part objected to must be de novo. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections having been filed, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 11) is **ADOPTED** and the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of the petition is justified

by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 25th day of October, 2016.

                                        Honorable Roslyn O. Silver
                                        Senior United States District Judge